# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-10228-AMC

CINDY L JOHNSON
RICHARD E JOHNSON
49 Stream Lane

Levittown, PA 19055

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    CINDY L JOHNSON
    RICHARD E JOHNSON
    49 Stream Lane

    Levittown, PA 19055

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

/S/ William C. Miller

Date: 3/23/2017

                                      William C. Miller, Esquire
                                      Chapter 13 Standing Trustee