IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: CINDY L. JOHNSON )<br>RICHARD E. JOHNSON )<br>**Debtor(s)** )<br> )<br>CRESCENT BANK & TRUST )<br>**Moving Party** )<br>v. )<br> )<br>CINDY L. JOHNSON )<br>RICHARD E. JOHNSON )<br>**Respondent(s)** )<br> )<br>WILLIAM C. MILLER )<br>**Trustee** )<br> )<br> ) | CHAPTER 13<br><br>Case No.: 17-10228 (AMC)<br><br>**Hearing Date: 7-25-17 at 11:00 AM**<br><br>11 U.S.C. 362 |

## ORDER VACATING THE AUTOMATIC STAY
## AS TO PERSONAL PROPERTY

Upon the motion of Crescent Bank & Trust, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's state court rights in the personal property described as a **2014 Hyundai Sonata** bearing vehicle identification number 5NPEB4AC9EH922521 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date:  **July 25, 2017**

_____
Ashely M. Chan
United States Bankruptcy Judge