| Creditor: | Specialized Loan Servicing LLC |
|---|---|
| Debtor: | Cindy L Johnson & Richard E Johnson |
| Case No.: | 17-10228 |
| Loan No.: | xxxxxx5143 |
| Our File No.: | 4126-N-7069 |
| Collateral: | 49 Stream Ln<br>Levittown, PA 19055 |

**PAYMENTS RECEIVED**

| | |
|---|---|
| Loan Status as of: | 8/16/2017 |
| Initial Due Date: | 2/1/2017 |

| Date Received | Amount Received | Due Date | Amount Due | NSF/Late Charges/Other | Paid Over/Short | Description |
|---|---|---|---|---|---|---|
| | $ - | 2/1/2017 | $ 1,481.49 | $ - | $ (1,481.49) | Payment Accrued |
| | $ - | 3/1/2017 | $ 1,481.49 | $ - | $ (1,481.49) | Payment Accrued |
| | $ - | 4/1/2017 | $ 1,481.49 | $ - | $ (1,481.49) | Payment Accrued |
| | $ - | 5/1/2017 | $ 1,481.49 | $ - | $ (1,481.49) | Payment Accrued |
| | $ - | 6/1/2017 | $ 1,481.49 | $ - | $ (1,481.49) | Payment Accrued |
| | $ - | 7/1/2017 | $ 1,481.49 | $ - | $ (1,481.49) | Payment Accrued |
| | $ - | 8/1/2017 | $ 1,481.49 | $ - | $ (1,481.49) | Payment Accrued |
| Total: | $ - | | $ 10,370.43 | $ - | $ (10,370.43) | |

| Delinquent Payments | | Days Delinquent: | 196 | |
|---|---|---|---|---|
| Month Due | P&I Due | Escrow Due | Stip Due | Total Due |
| 2/1/2017 | $ 1,017.68 | $ 463.81 | $ - | $ 1,481.49 |
| 3/1/2017 | $ 1,017.68 | $ 463.81 | $ - | $ 1,481.49 |
| 4/1/2017 | $ 1,017.68 | $ 463.81 | $ - | $ 1,481.49 |
| 5/1/2017 | $ 1,017.68 | $ 463.81 | $ - | $ 1,481.49 |
| 6/1/2017 | $ 1,017.68 | $ 463.81 | $ - | $ 1,481.49 |
| 7/1/2017 | $ 1,017.68 | $ 463.81 | $ - | $ 1,481.49 |
| 8/1/2017 | $ 1,017.68 | $ 463.81 | $ - | $ 1,481.49 |
| Delinquency | | | | $ 10,370.43 |
| Less Suspense | | | | $ - |
| Total Delinquency | | | | $ 10,370.43 |