United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 17-10228-amc
Cindy L Johnson                                                             Chapter 13
Richard E Johnson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Virginia              Page 1 of 2            Date Rcvd: Oct 03, 2017
                               Form ID: pdf900             Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2017.
db/jdb         +Cindy L Johnson,    Richard E Johnson,    49 Stream Lane,    Levittown, PA 19055-2220
cr             +Crescent Bank & Trust,    P.O. Box 562088, Suite 900 North,    Dallas, TX 75356-2088
13850195       +Ar Resources Inc,    Bankruptcy,    Po Box 1056,    Blue Bell, PA 19422-0287
13896236        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13850196       +Commercial Acceptance,    2300 Gettysburg Rd,    Camp Hill, PA 17011-7303
13906457        Emergency Care Services of PA, P.C.,    PO Box 1123,    Minneapolis MN 55440-1123
13850199       +First Financial Resour,    1 Clarks Hl Ste 302,    Framingham, MA 01702-8172
13850201       +MDS/Medical Data Systems,    201-9th Ave,    Ste 312,    Vero Beach, FL 32962
13850204       +Specialized Loan Servicing/SLS,    Attn: Bankruptcy,    Po Box 636005,    Littleton, CO 80163-6005
13869038       +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
13850206       +Traf Group Inc/A-1 Collections,    2297 St Hwy 33,    Ste 906,    Hamilton Square, NJ 08690-1717
13850207       +Verizon,    500 Technology Dr,    Suite 500,    Weldon Spring, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Oct 04 2017 01:44:02     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 04 2017 01:43:36
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 04 2017 01:43:58     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13913179       +E-mail/Text: bankruptcy@cavps.com Oct 04 2017 01:43:56     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13850197       +E-mail/Text: bankruptcy@cunj.org Oct 04 2017 01:43:31     Credit Union Of Newj,    Po Box 7921,
                 Ewing, NJ 08628-0921
13850198       +E-mail/Text: bankruptcy@cbtno.com Oct 04 2017 01:44:23     Crescent Bank And Trus,
                 Attn: Bankruptcy,    Po Box 61813,    New Orleans, LA 70161-1813
13850200       +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 04 2017 01:43:26     Kohls/Capital One,
                 Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
13850202        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 04 2017 01:53:54
                 Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
13920040        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 04 2017 01:54:26
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13881691        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 04 2017 01:43:36
                 Pennsylvania Department of Revenue,    Bankruptcy division,    P O Box 280946,
                 Harrisburg P A 17128-0946
13850203       +E-mail/Text: bankruptcy@sw-credit.com Oct 04 2017 01:43:49     Southwest Credit Systems,
                 4120 International Parkway Ste 1100,    Carrollton, TX 75007-1958
13850205       +E-mail/PDF: gecsedi@recoverycorp.com Oct 04 2017 01:45:44     Synchrony Bank/ JC Penneys,
                 Po Box 965064,    Orlando, FL 32896-5064
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2           User: Virginia              Page 2 of 2                   Date Rcvd: Oct 03, 2017
                               Form ID: pdf900            Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2017 at the address(es) listed below:

```
              BRAD J. SADEK     on behalf of Joint Debtor Richard E Johnson brad@sadeklaw.com
              BRAD J. SADEK     on behalf of Debtor Cindy L Johnson brad@sadeklaw.com
              BRIAN CRAIG NICHOLAS     on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
               York, as Trustee for the certificate holders of the CWABS, Inc., ASSET-BACKED CERTIFICATES,
               SERIES 2006-13 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER     on behalf of Creditor    The Bank of New York Mellon fka The Bank of New
               York Et Al... bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG     on behalf of Creditor    Crescent Bank & Trust ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 7
```

Case 17-10228-amc    Doc 50    Filed 10/05/17    Entered 10/06/17 01:16:33    Desc Imaged
Certificate of Notice    Page 2 of 3

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:   Cindy & Richard Johnson              :   Chapter 13
                                              :
                 Debtor                       :   Bankruptcy No: 17-10228AMC

**ORDER**

Upon consideration of the Application for Compensation and Reimbursement of Expenses for Brad Sadek, Esquire., counsel for Debtor (the "Application"), and upon Counsel for Debtor's request to retain jurisdiction at the Motion to Dismiss hearing on October 3rd, 2017, IT IS ORDERED THAT:

1. The case is dismissed without prejudice.

2. Pursuant to 11 U.S.C. §349(b)(3), the undistributed, pre-confirmation chapter 13 plan payments held by the chapter 13 trustee shall not revest in the Debtors or any other entity pending further order of this court.

3. A hearing if required shall be held on October 31, 2017, at 11:00 a.m. in Bankruptcy Courtroom No. 5, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the Application.

4. Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5. Counsel for Debtors shall serve a copy of this Order on all creditors and interested parties and file a Certification of Service on or before October 6, 2017.

**Date: October 3, 2017**

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

cc:
William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O. Box 40119
Philadelphia, PA 19106-0119