# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Cindy & Richard Johnson** | **:** | Chapter 13 |
| | **:** | |
| | **:** | |
| | **:** | |
| | **:** | Bankruptcy Case No:  17-10228AMC |

## CERTIFICATE OF SERVICE

    I, Brad J. Sadek, Esq., hereby certify that on October 6, 2017, a true and correct copy of the <u>Order Scheduling Hearing for Application for Compensation</u> was served by electronic delivery or Regular US Mail to the Debtor, all interested parties, the Trustee and all creditors.

    Very Truly Yours,

<u>October 6, 2017</u>                                                                   ***/s/ Brad J. Sadek, Esquire***
                                                                                                    Brad J. Sadek, Esquire