IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Cindy & Richard Johnson | : | |
| | : | |
| | : | Case No.: 17-10228 |
| | : | |
| Debtor(s) | : | Chapter 13 |

## CERTIFICATE OF NO RESPONSE

    I hereby certify that no answer, objection or other responsive pleading or request for a hearing has been filed in response to the Application for Compensation of Attorney Fees at Docket Number 33.


Dated: October 27, 2017                    /s/ Brad J. Sadek, Esquire
                                                          Brad J. Sadek, Esquire
                                                          Sadek and Cooper
                                                          "The Philadelphia Building"
                                                          1315 Walnut Street, #502
                                                          Philadelphia, PA 19107
                                                          215-545-0008